**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 13-CV-01021-RMC |
| | ) | |
| ARDAGH GROUP S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPERANCE**

Please take notice that Rachel Tausend and the firm of Stradley Ronon Stevens &
Young, LLP appear as counsel for non-party Big Sky Brewing Company for purposes of
addressing a subpoena served on Big Sky Brewing Company, and pursuant to this Notice request
copies of all Notices, Orders, Pleadings and other papers served and filed herein be served upon
the undersigned.

Respectfully submitted,


      /s/ Rachel Tausend
Rachel Tausend (D.C. Bar No. 477399)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
Tel.: (202) 822-9611
Fax: (202) 822-0140
rtausend@stradley.com

Dated: August 2, 2013                *Counsel for Big Sky Brewing Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I served a copy of the foregoing Notice of

Appearance using the CM/ECF system on:

| | | |
|---|---|---|
| James Abell, Esq.<br>Amanda Hamilton, Esq.<br>Federal Trade Commission<br>Mail Drop NJ-6120<br>601 New Jersey Ave NW<br>Washington, DC 20001-2018<br>jabell@ftc.gov<br>ahamilton1@ftc.gov<br><br>*Counsel for Plaintiff,*<br>*Federal Trade Commission* | Heather L. Kafele, Esq.<br>Mark Lanpher, Esq.<br>Wayne D. Collins, Esq.<br>Alan S. Goudiss, Esq.<br>Lisl J. Dunlop, Esq.<br>Richard Schwed, Esq.<br>Shearman & Sterling LLP<br>801 Pennsylvania Ave NW<br>Washington, DC 20004-2615<br>hkafele@shearman.com<br>mlanpher@shearman.com<br>wcollins@shearman.com<br>agoudiss@shearman.com<br>ldunlop@shearman.com<br>rschwed@shearman.com<br><br>*Counsel for Defendant*<br>*Ardagh Group, S.A.* | Christine Anne Varney, Esq.<br>Richard J. Stark, Esq.<br>Yonatan Even, Esq.<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York NY 10019<br>cvarney@cravath.com<br>rstark@cravath.com<br>yeven@cravath.com<br><br>*Counsel for Defendants*<br>*Compagnie de Saint-Gobain*<br>*and*<br>*Saint-Gobain Containers, Inc.* |

        /s/ Rachel Tausend
Rachel Tausend (D.C. Bar No. 477399)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
Tel.: (202) 822-9611
Fax: (202) 822-0140
rtausend@stradley.com

*Counsel for Big Sky Brewing Company*