**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 13-CV-01021-RMC |
| | ) | |
| ARDAGH GROUP S.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO QUASH SUBPOENA TO TESTIFY AT A DEPOSITION
AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT**

Big Sky Brewing Company ("Big Sky Brewing"), by and through counsel,
pursuant to Federal Rule of Civil Procedure 45(c)(3)(A), respectfully moves this Court for the
entry of an order quashing Defendant Ardagh Group, S.A.'s ("Ardagh") Subpoena to Testify at a
Deposition in a Civil Action (the "Deposition Subpoena").  In support thereof, Big Sky Brewing
states as follows:

I.    **FACTS**

On July 26, 2013, the Deposition Subpoena issued from this Court at the request
of Ardagh's counsel.  A true and correct copy of the Deposition Subpoena is attached hereto as
Exhibit "A".  On July 29, 2013, Big Sky Brewing was served with the Deposition Subpoena at
its corporate offices in Montana.[1]  The Deposition Subpoena commands a representative of Big
Sky Brewing to appear in Washington, D.C. on August 5, 2013 (within one week from the date
the Subpoena was served) in order to take his or her deposition testimony.  The next day, on July
30, 2013, co-counsel for Big Sky Brewing contacted counsel for Ardagh, first by phone and then
by email, regarding the Deposition Subpoena and to discuss alternative arrangements for the
deposition.  Those arrangements included, for example, that a Big Sky Brewing representative

---

[1]    Big Sky Brewing's headquarters are in Missoula, Montana, and Montana is its principal place of business.

could be made available for a deposition in person in Montana or by video-conference. A true and correct copy of co-counsel's email is attached hereto as Exhibit "B". As of the date of this filing, counsel for Ardagh has not responded to co-counsel's proposal.

## II.    LEGAL ARGUMENT

Ardagh's Deposition Subpoena must be quashed pursuant to Rule 45(c)(3)(A) because it seeks to require a representative of Big Sky Brewing, a non-party to this case, to travel nearly 2,000 miles on five business days' notice to attend a deposition.

Rule 45(c)(3)(A) requires the issuing Court to quash or modify a subpoena that (ii) "requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person," or (iv) "subjects a person to undue burden." The distance between Washington, D.C., and Missoula, Montana is 1,936 miles – far exceeding the 100-mile limit in Rule 45(c)(3)(A)(ii). The person most knowledgeable about the topics described in the Subpoena is Big Sky Brewing's Chief Sourcing Officer, Kevin Keeter, who resides and works in Missoula, Montana. Neither Mr. Keeter nor Big Sky Brewing reside, are employed, or regularly transact business in person within 100 miles of Washington, D.C. Requiring Mr. Keeter to travel from Montana to D.C. on unreasonably short notice imposes a great inconvenience and undue burden on both him and Big Sky Brewing. Among other things, it would require Mr. Keeter to be absent from work for two to three days.

Moreover, co-counsel for Big Sky Brewing has offered reasonable accommodations to facilitate the requested deposition, to no apparent avail.

In accordance with Local Civil Rule 7(m), undersigned counsel conferred with

Plaintiff Federal Trade Commission and determined that it neither opposes nor joins in this motion. Defendants Ardagh, Compagnie de Saint-Gobain and Saint-Gobain Containers, Inc. have not yet responded to Big Sky Brewing's inquiries as to whether they oppose this motion.

## III.   CONCLUSION

For each and all of the reasons set forth above, the Deposition Subpoena must be quashed. A proposed order is attached.

WHEREFORE, Big Sky Brewing Company respectfully requests this Court enter an order: (a) granting its Motion to Quash; (b) quashing Ardagh Group, S.A.'s Subpoena to Testify at a Deposition in a Civil Action; and (c) granting such other relief in favor of Big Sky Brewing as this Court deems necessary and just.

Respectfully submitted,

_____/s/ John A. Nader_____
Rachel Tausend (D.C. Bar No. 477399)
John A. Nader (D.C. Bar No. 974890)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036
Tel.: (202) 822-9611
Fax: (202) 822-0140
rtausend@stradley.com
jnader@stradley.com

Dated: <u>August 2, 2013</u>                    *Counsel for Big Sky Brewing Company*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I served a copy of the foregoing Motion to Quash Subpoena to Testify at a Deposition and Statement of Points and Authorities in Support using the CM/ECF system on:

| | | |
|---|---|---|
| James Abell, Esq.<br>Amanda Hamilton, Esq.<br>Federal Trade Commission<br>Mail Drop NJ-6120<br>601 New Jersey Ave NW<br>Washington, DC 20001-2018<br>jabell@ftc.gov<br>ahamilton1@ftc.gov<br><br>*Counsel for Plaintiff,*<br>  *Federal Trade Commission* | Heather L. Kafele, Esq.<br>Mark Lanpher, Esq.<br>Wayne D. Collins, Esq.<br>Alan S. Goudiss, Esq.<br>Lisl J. Dunlop, Esq.<br>Richard Schwed, Esq.<br>Shearman & Sterling LLP<br>801 Pennsylvania Ave NW<br>Washington, DC 20004-2615<br>hkafele@shearman.com<br>mlanpher@shearman.com<br>wcollins@shearman.com<br>agoudiss@shearman.com<br>ldunlop@shearman.com<br>rschwed@shearman.com<br><br>*Counsel for Defendant,*<br>*Ardagh Group, S.A.* | Christine Anne Varney, Esq.<br>Richard J. Stark, Esq.<br>Yonatan Even, Esq.<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York NY 10019<br>cvarney@cravath.com<br>rstark@cravath.com<br>yeven@cravath.com<br><br>*Counsel for Defendants,*<br>*Compagnie de Saint-Gobain,*<br>*and*<br>*Saint-Gobain Containers, Inc.* |

> _____ /s/ John A. Nader
> Rachel Tausend (D.C. Bar No. 477399)
> John A. Nader (D.C. Bar No. 974890)
> Stradley Ronon Stevens & Young, LLP
> 1250 Connecticut Ave., N.W., Suite 500
> Washington, D.C. 20036
> Tel.: (202) 822-9611
> Fax: (202) 822-0140
> rtausend@stradley.com
> jnader@stradley.com
>
> *Counsel for Big Sky Brewing Company*

4