# Nader, John

| | |
|---|---|
| **From:** | Jori L. Quinlan <jquinlan@wordenthane.com> |
| **Sent:** | Tuesday, July 30, 2013 3:37 PM |
| **To:** | rschwed@shearman.com; sara.ricciardi@shearman.com |
| **Cc:** | Shane A. Vannatta |
| **Subject:** | FTC v. Arbagh: Big Sky Brewing Co. subpoena to testify |

Hi Sara and Richard,

I am just following up on our phone conversation with Sara concerning the subpoenas issued to our client, Big Sky Brewing Co. As Shane told Sara, we will respond as best we are able to the subpoena duces tecum today, before 5:00 p.m. Eastern Time. We do plan, however, to move to quash the subpoena for Kevin Keeter to testify at a deposition in Washington, D.C., on August 5, 2013, unless we can agree on an alternative arrangement that is mutually satisfactory to you and your client, the FTC, and Big Sky Brewing Co.

As discussed, we are more than happy to make our client available for a deposition either in person here in Missoula, Montana, or by video conference. The only city in Montana larger than Missoula is Billings, and it is over 5.5 hours from here. The third largest city, Great Falls, is a 2.5 hour drive from Missoula. Our law firm is happy to make our conference rooms in Missoula available to you and help arrange for a local court reporter. We can also help identify a videoconferencing arrangement for a deposition.

Please let me know as soon as possible what alternative arrangement we can make that will still allow you to interview Mr. Keeter.

Best,

Jori Quinlan


Jori L. Quinlan, Esq.



WORDEN THANE P.C.
ATTORNEYS AT LAW

111 N. Higgins Ave., Suite 600
P.O. Box 4747
Missoula, MT 59806-4747
Phone: (406) 721-3400
Fax: (406) 721-6985
www.wordenthane.com

*****CONFIDENTIALITY NOTICE*******
This message is protected by the Electronic Communications Privacy Act, 18 USCS § 2510 et seq., and may not be forwarded without the consent of the named recipient(s). The information contained in this message is