# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>ARDAGH GROUP S.A., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Case No.: 13-CV-01021-RMC<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Big Sky Brewing Company's Motion to Quash Subpoena to Testify at a Deposition in a Civil Action, any opposition thereto, and argument by counsel (if any), it is this _____ day of August, 2013:

**ORDERED** that Big Sky Brewing Company's Motion to Quash is **GRANTED**; and it is further

**ORDERED** that Defendant Ardagh Group S.A.'s July 26, 2013 Subpoena to Testify at a Deposition is **QUASHED**.

                                                                           _____
                                                                           ROSEMARY M. COLLYER,
                                                                           United States District Judge

# 1780863  v. 1

Copies to:

| | |
|---|---|
| Rachel Tausend, Esq.<br>John A. Nader, Esq.<br>Stradley Ronon Stevens & Young, LLP<br>1250 Connecticut Ave., N.W., Suite 500<br>Washington, D.C. 20036<br>Tel.: (202) 822-9611<br>Fax: (202) 822-0140<br>rtausend@stradley.com<br>jnader@stradley.com<br><br>*Counsel for Big Sky Brewing Company* | James Abell, Esq.<br>Amanda Hamilton, Esq.<br>Federal Trade Commission<br>Mail Drop NJ-6120<br>601 New Jersey Ave NW<br>Washington, DC 20001-2018<br>jabell@ftc.gov<br>ahamilton1@ftc.gov<br><br>*Counsel for Plaintiff,*<br>*Federal Trade Commission* |
| Heather L. Kafele, Esq.<br>Mark Lanpher, Esq.<br>Wayne D. Collins, Esq.<br>Alan S. Goudiss, Esq.<br>Lisl J. Dunlop, Esq.<br>Richard Schwed, Esq.<br>Shearman & Sterling LLP<br>801 Pennsylvania Ave NW<br>Washington, DC 20004-2615<br>hkafele@shearman.com<br>mlanpher@shearman.com<br>wcollins@shearman.com<br>agoudiss@shearman.com<br>ldunlop@shearman.com<br>rschwed@shearman.com<br><br>*Counsel for Defendant*<br>*Ardagh Group, S.A.* | Christine Anne Varney, Esq.<br>Richard J. Stark, Esq.<br>Yonatan Even, Esq.<br>Cravath, Swaine & Moore, LLP<br>825 Eighth Avenue<br>New York NY 10019<br>cvarney@cravath.com<br>rstark@cravath.com<br>yeven@cravath.com<br><br>*Counsel for Defendants*<br>*Compagnie de Saint-Gobain*<br>*and*<br>*Saint-Gobain Containers, Inc.* |