UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.    1:13-cv-01021 |
| | ) | |
| v. | ) | |
| | ) | |
| ARDAGH GROUP S.A., | ) | |
| COMPAGNIE DE SAINT-GOBAIN, | ) | |
| and SAINT-GOBAIN CONTAINERS, INC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRAECIPE WITHDRAWING MOTION FOR
ADMISSION OF ATTORNEY PRO HAC VICE**

THE CLERK OF THE COURT will please note that Movants, Matthew W. Carlson and Kenneth G. Stallard, attorneys of record in the above matter for non-party, All American Containers, Inc. hereby withdraw their earlier filed Motion for Admission of Attorney *Pro Hac Vice* to admit attorney Gustavo D. Lage, Esq.

Respectfully submitted,

_____//s//_____
Matthew W. Carlson, #448905
Kenneth G. Stallard, #419443
Thompson O'Donnell, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005
(202) 289-1133
(202) 289-0275 (fax)
mwc@tomnh.com
kgs@tomnh.com
*Counsel for All American Containers, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by CM/ECF on this 6th day of August, 2013 to:

Edward Hassi, Esq.
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
*Counsel for Plaintiff Federal Trade Commission,*

Dale Collins, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Counsel for Defendant Ardagh Group S.A.*

Christine A. Varney, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue, Worldwide Plaza
New York, NY 10019
*Counsel for Defendant, Compagnie de Saint- Gobain,*
*Saint-Gobain Containers, Inc.*

                                                      //s//
                                                Kenneth G. Stallard