AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-CV-01021 (RMC) |
| Ardagh Group S.A., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ardagh Group S.A.

Date:  08/07/2013

/s/ Sara A. Ricciardi
*Attorney's signature*

Sara A. Ricciardi (admitted pro hac vice)
*Printed name and bar number*

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Address*

sara.ricciardi@shearman.com
*E-mail address*

(212) 848-4120
*Telephone number*

(646) 848-4120
*FAX number*