AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Federal Trade Commission ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:13-CV-01021 (RMC) |
| Ardagh Group S.A., et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ardagh Group S.A.

Date: 08/07/2013

/s/ Edward G. Timlin
*Attorney's signature*

Edward G. Timlin (admitted pro hac vice)
*Printed name and bar number*

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Address*

edward.timlin@shearman.com
*E-mail address*

(212) 848-7149
*Telephone number*

(646) 848-7149
*FAX number*