UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARDAGH GROUP S.A. )<br>COMPAGNIE DE SAINT-GOBAIN , and )<br>SAINT-GOBAIN CONTAINERS, INC., )<br>)<br>Defendants. )<br>) | Civil Action No.1:13-cv-01021 (RMC) |

## NOTICE OF APPEARANCE

Please take notice that John C. Eustice and the firm of Miller & Chevalier Chartered appear as counsel for non-party The Shipyard Brewing Company for purposes of addressing subpoenas served on The Shipyard Brewing Company, and pursuant to this Notice request copies of all Notices, Orders, Pleadings and other papers served and filed herein be served upon the undersigned.

Date: August 8, 2013

Respectfully submitted

  /s/ *John C. Eustice*
John C. Eustice (D.C. Bar. #984716)
MILLER & CHEVALIER CHARTERED
655 Fifteenth St. NW, Suite 900
Washington, DC 20005
Tel.: (202) 626-1492
Fax.: (202) 626-5801
Email: jeustice@milchev.com

*Counsel for The Shipyard*
*Brewing Company*