# Exhibit 2

# Eustice, John

| | |
|---|---|
| **From:** | Paul Brunetti <pbrunetti@mb-law.com> |
| **Sent:** | Wednesday, July 31, 2013 10:43 AM |
| **To:** | Sara Ricciardi; jabell@ftc.gov |
| **Cc:** | Brandon Mazer (bmazer@SHIPYARD.com); Eustice, John |
| **Subject:** | FTC v. Ardagh et. al. - Shipyard Brewing Co. RPD |
| **Attachments:** | Shipyard Letter to Ardagh and FTC 7_31_13.pdf |

Sara and Jim,

Attached, please find a letter regarding Shipyard's offer of production of documents. In any regard, I am hopeful you will both agree to extend the response date to August 8, 2013 so we can either compile the information contained in our offer, or continue to discuss production.

I look forward to hearing from you.

Best,

Paul

Paul Brunetti
Attorney
**Moncure & Barnicle**
P.O. Box 636
Brunswick, ME 04011
Phone: (207)729-0856
Fax: (207)729-7790
pbrunetti@mb-law.com
www.mb-law.com

1

***MONCURE & BARNICLE***
*ATTORNEYS AT LAW*
P.O. Box 636
BRUNSWICK, ME 04011
TELEPHONE 207-729-0856
TELEFAX 207-729-7790
PBrunetti@mb-law.com
WEBSITE http://www.mb-law.com

JOHN MONCURE*
JOHN F. BARNICLE
RICHARD L. HORNBECK
RICHARD R. REGAN
JOHN RICHARDSON
JESSICA L. MAHER**
PAUL J. BRUNETTI
  * ALSO ADMITTED IN NY & THE DISTRICT OF COLUMBIA
  ** ALSO ADMITTED IN MA

Street Address:
Administration Building
9 Bowdoin Mill Island
Topsham, ME 04086

July 31, 2013

Sara A. Ricciardi
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

James Abell
Federal Trade Commission
601 New Jersey Avenue NW
Washington, DC 20001

VIA EMAIL

Re: Shipyard Brewing Company Subpoenas

Dear Sara and Jim:

  To avoid a prolonged dispute over the requests for production of documents served upon Shipyard Brewing Company, LLC (a non-party to the dispute concerning the merger of Ardagh Group and Saint-Gobain Containers), I have discussed with my client a limited production oft relevant information.

  It is my understanding that this dispute involves, in part, the question of the role non-glass containers play in the industry. We are concerned about the magnitude and volume of requests being served upon Shipyard (and the time and resources required to produce); the highly sensitive nature of much of the information being requested; and the concern raised by Shipyard's continuing obligation to defend the confidentiality of its information per the Order. I hope you can agree that Shipyard's concerns are reasonable in light of the small administrative staff available to handle such requests, and the sensitivity of divulging such information.

  As initially noted, we do not wish to prolong Shipyard's involvement in this matter. Although we are prepared to vigorously defend production of our information, we hope the following compromise position is amenable to both parties.

1.   Shipyard will produce all correspondence in its possession pertaining to the FTC's inquiry. It is my understanding that this involves emails and perhaps an official letter from the FTC.

2.   Shipyard will provide bottle marketing materials in its possession. Again, it is my understanding that the availability of such materials is limited, if any is available, and that such materials are usually disposed of in the normal course of business.

3.   Shipyard began producing beer in a contract-brewing facility in Memphis, Tennessee in 2011, which allowed Shipyard to produce canned beers for the first time. In order to show production before and after this expansion, Shipyard will produce to you for the years 2010, 2011, and 2012 the following:

- A.   Total Barrel of beer and soda produced in its Portland , Maine and Memphis, Tennessee facilities.

- B.   The breakdown of beer and soda at each facility, for each year produced by 12 oz glass, 22 oz glass, 12 oz can, draft (in general), 750 mL glass.

- C.   The name of the company the glass/can/keg came from.

4.   Shipyard can produce the above information by email on or before August 8, 2013.

We believe that this is a reasonable accommodation to your requests. In any regard, I am asking both parties to extend their return dates until August 8. I look forward to hearing from you.

Sincerely,

Paul J. Brunetti

CC:   Brandon Mazer, Esq.

John Eustice, Esq.