# Exhibit 3

# Eustice, John

**From:** Abell, James <jabell@ftc.gov>
**Sent:** Wednesday, July 31, 2013 11:26 AM
**To:** 'Paul Brunetti'; Sara Ricciardi
**Cc:** Brandon Mazer (bmazer@SHIPYARD.com); Eustice, John
**Subject:** RE: FTC v. Ardagh et. al. - Shipyard Brewing Co. RPD

Dear Paul,

Provided that Ardagh likewise agrees, the FTC finds your offer of production and request to extend the response date to August 8, 2013 to be perfectly acceptable.

Best,

Jim

JAMES E. ABELL III
ATTORNEY
MERGERS II
BUREAU OF COMPETITION
FEDERAL TRADE COMMISSION
(202) 326-2289

**From:** Paul Brunetti [mailto:pbrunetti@mb-law.com]
**Sent:** Wednesday, July 31, 2013 10:43 AM
**To:** Sara Ricciardi; Abell, James
**Cc:** Brandon Mazer (bmazer@SHIPYARD.com); Eustice, John (jeustice@milchev.com)
**Subject:** FTC v. Ardagh et. al. - Shipyard Brewing Co. RPD

Sara and Jim,

Attached, please find a letter regarding Shipyard's offer of production of documents. In any regard, I am hopeful you will both agree to extend the response date to August 8, 2013 so we can either compile the information contained in our offer, or continue to discuss production.

I look forward to hearing from you.

Best,

Paul

Paul Brunetti
Attorney
**Moncure & Barnicle**
P.O. Box 636
Brunswick, ME 04011
Phone: (207)729-0856
Fax: (207)729-7790
pbrunetti@mb-law.com
www.mb-law.com