# Exhibit 4

## Eustice, John

| | |
|---|---|
| **From:** | Sara Ricciardi <Sara.Ricciardi@Shearman.com> |
| **Sent:** | Wednesday, July 31, 2013 12:42 PM |
| **To:** | Paul Brunetti; jabell@ftc.gov |
| **Cc:** | Brandon Mazer (bmazer@SHIPYARD.com); Eustice, John; Heather Kafele |
| **Subject:** | RE: FTC v. Ardagh et. al. - Shipyard Brewing Co. RPD |

Paul:

Based on your representations, Ardagh is willing to accept this proposal. We would, however, separately like to discuss issues related to the case and the industry. I believe you had mentioned that Brandon could speak to some of those issues.

Thank you for your efforts on this.

Best,

Sara

Sara A. Ricciardi

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
D +1.212.848.4120 | F +1.646.848.4120
sara.ricciardi@shearman.com | www.shearman.com


**From:** Paul Brunetti [mailto:pbrunetti@mb-law.com]
**Sent:** Wednesday, July 31, 2013 10:43 AM
**To:** Sara Ricciardi; jabell@ftc.gov
**Cc:** Brandon Mazer (bmazer@SHIPYARD.com); Eustice, John (jeustice@milchev.com)
**Subject:** FTC v. Ardagh et. al. - Shipyard Brewing Co. RPD

Sara and Jim,

Attached, please find a letter regarding Shipyard's offer of production of documents. In any regard, I am hopeful you will both agree to extend the response date to August 8, 2013 so we can either compile the information contained in our offer, or continue to discuss production.

I look forward to hearing from you.

Best,

Paul

Paul Brunetti
Attorney
**Moncure & Barnicle**
P.O. Box 636
Brunswick, ME 04011
Phone: (207)729-0856
Fax: (207)729-7790
pbrunetti@mb-law.com
www.mb-law.com

1