UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>    Plaintiff, )<br>          v. )<br>)<br>ARDAGH GROUP S.A. )<br>COMPAGNIE DE SAINT-GOBAIN , and )<br>SAINT-GOBAIN CONTAINERS, INC., )<br>)<br>    Defendants. )<br>) | Civil Action No.1:13-cv-01021 (RMC) |

**[PROPOSED] ORDER**

Upon consideration of Non-Party The Shipyard Brewing Company's Motion to Quash [Ardagh Group S.A.'s Document] Subpoena, and any response and reply thereto, the Court finds as follows:

1. Non-Party The Shipyard Brewing Company's Motion to Quash is **GRANTED**; and

2. Ardagh Group S.A.'s July 23, 2013 Subpoena is hereby **QUASHED**.

**IT IS SO ORDERED.**

```
_____
Rosemary M. Collyer
United States District Court Judge
```

DATED this _____ day of _____2013.