# Exhibit 5

**Eustice, John**

| | |
|---|---|
| **From:** | Sara Ricciardi <Sara.Ricciardi@Shearman.com> |
| **Sent:** | Monday, August 05, 2013 7:32 PM |
| **To:** | Paul Brunetti |
| **Cc:** | Brandon Mazer (bmazer@SHIPYARD.com); Eustice, John |
| **Subject:** | RE: FTC v. Ardagh et. al. - Shipyard Brewing Co. RPD |

Paul, Brandon, and John:
I wanted to let you know that we will be issuing a subpoena for a deposition. The date is a placeholder
date, and we can certainly discuss alternate dates and locations. Feel free to contact me at your
convenience to discuss.
Best,
Sara


Sara A. Ricciardi
_____

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
D +1.212.848.4120 | F +1.646.848.4120
sara.ricciardi@shearman.com  | www.shearman.com


**From:** Paul Brunetti [mailto:pbrunetti@mb-law.com]
**Sent:** Thursday, August 01, 2013 1:57 PM
**To:** Abell, James; Sara Ricciardi
**Cc:** Brandon Mazer (bmazer@SHIPYARD.com); Eustice, John (jeustice@milchev.com)
**Subject:** FTC v. Ardagh et. al. - Shipyard Brewing Co. RPD

Jim and Sara,

Thank you for responding to my letter dated 7/31.  Shipyard will compile the information in the letter and produce it to
both of you by August 8, 2013.

Brandon's direct line at Shipyard is 207-321-3552 if either of you have any other questions for him regarding his
perspective on the industry, generally.

Take care,

Paul


Paul Brunetti
Attorney
**Moncure & Barnicle**
P.O. Box 636
Brunswick, ME 04011
Phone: (207)729-0856
Fax: (207)729-7790
pbrunetti@mb-law.com
www.mb-law.com