# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,  )<br>　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　　)<br>　　　　　v.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>ARDAGH GROUP S.A.　　　　　　)<br>COMPAGNIE DE SAINT-GOBAIN, and )<br>SAINT-GOBAIN CONTAINERS, INC., )<br>　　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Civil Action No.1:13-cv-01021 (RMC) |

## [PROPOSED] ORDER

Upon consideration of Non-Party The Shipyard Brewing Company's Motion to Quash [Ardagh Group S.A.'s Deposition] Subpoena, and any response and reply thereto, the Court finds as follows:

1. Non-Party The Shipyard Brewing Company's Motion to Quash is **GRANTED**; and

2. Ardagh Group S.A.'s August 7, 2013 Subpoena is hereby **QUASHED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　United States District Court Judge

DATED this _____ day of _____2013.