UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ARDAGH GROUP S.A. )<br>COMPAGNIE DE SAINT-COBAIN, and )<br>SAINT-GOBAIN CONTAINERS, INC. )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 1:13-cv-01021 (RMC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Kimberly H. Caine, hereby appears as counsel for non-party Vitro Packaging LLC ("Vitro") for purposes of addressing the deposition subpoena served on Vitro by Defendant Ardagh Group S.A. ("Ardagh"). Pursuant to this Notice, the undersigned counsel requests that copies of any and all notices, pleadings, motions, orders to show cause, affidavits, declarations, orders, or other documents, filed or entered in this case, be transmitted to:

| | | |
|---|---|---|
| Layne E. Kruse<br>FULBRIGHT & JAWORSKI LLP<br>1301 McKinney, Suite 5100<br>Houston, Texas 77010-3095<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>layne.kruse@nortonrosefulbright.com | Ryan E. Manns<br>FULBRIGHT & JAWORSKI LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Telephone: (214) 855-8000<br>Facsimile: (214) 855-8200<br>ryan.manns@nortonrosefulbright.com | Erika Brown Lee<br>FULBRIGHT & JAWORSKI LLP<br>801 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>Telephone: (202) 662-0200<br>Facsimile: (202) 662-4643<br>erika.brownlee@nortonrosefulbright.com |

PLEASE TAKE FURTHER NOTICE that this request also constitutes a request in writing for copies of any and all disclosure statements or plans filed in these cases.

Neither this Notice nor any subsequent appearances, pleadings, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of Vitro's:

      a.      right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

      b.      right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b) (2) (H), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

      c.      right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

      d.      other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Vitro is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Vitro without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: August 12, 2013             Respectfully Submitted,

      /s/ Kimberly H. Caine
Kimberly H. Caine (D.C. Bar #974926)
kim.caine@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile:  (202) 662-4643

*Counsel for Non-Party, Vitro Packaging LLC*