**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Federal Trade Commission,                )<br>                                                      )<br>            *Plaintiff*,                              )<br>                                                      )<br>      v.                                              )<br>                                                      )<br>Ardagh Group S.A., *et al.*,             )<br>                                                      )<br>            *Defendants*.                        )<br>                                                      ) | Civil Action No. 1:13-cv-1021 (RMC)<br>The Honorable Rosemary M. Collyer |

## **NOTICE OF APPEARANCE**

Please take notice that Steven C. Sunshine and the firm of Skadden, Arps, Slate, Meagher & Flom LLP appear as counsel for non-party Anheuser-Busch Companies LLC ("AB") for purposes of addressing subpoenas served on AB, and pursuant to this Notice request copies of all Notices, Orders, Pleadings, and other papers served and filed herein be served upon the undersigned.

DATED: August 14, 2013

Respectfully submitted,

*/s/ Steven C. Sunshine*
Steven C. Sunshine (D.C. Bar. No. 450078)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: Steven.Sunshine@skadden.com
   Attorney for Non-Party ANHEUSER-BUSCH
                        COMPANIES LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2013, I caused the foregoing document or paper to be filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                                             */s/ Steven C. Sunshine*
                                                             Steven C. Sunshine