UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>      v.<br><br>ARDAGH GROUP, S.A.,<br>COMPAGNIE DE SAINT-GOBAIN, and<br>SAINT-GOBAIN CONTAINERS, INC.,<br><br>       Defendants. | Case No. 1:13-CV-01021 (RMC) |

**NOTICE REGARDING SEALED MEMORANDUM AND EXHIBITS**

Pursuant to Local Civil Rule 5.1(j), this Notice serves as notification that Plaintiff Federal Trade Commission filed its Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction ("Memorandum") and exhibits accompanying the Memorandum in paper form and on CD under seal in the Clerk's Office.

Dated:  August 28, 2013

                       Respectfully Submitted,

                       /s/ Edward D. Hassi
                       EDWARD D. HASSI
                       Chief Litigation Counsel
                       Federal Trade Commission
                       Bureau of Competition
                       600 Pennsylvania Ave., NW
                       Washington, DC 20580
                       Telephone: (202) 326-2470
                       Facsimile: (202) 326-2884
                       Email: ehassi@ftc.gov