**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FEDERAL TRADE COMMISSION,

                   Plaintiff,

                   v.                               Case No. 13-CV-1021 (BJR)

ARDAGH GROUP, S.A.,
COMPAGNIE DE SAINT-GOBAIN, and
SAINT-GOBAIN CONTAINERS, INC.,

                   Defendants.

**DEFENDANTS' MOTION AND MEMORANDUM OF POINTS AND**
**AUTHORITIES IN SUPPORT OF AN ORDER DIRECTING THE**
**FILING UNDER SEAL OF CERTAIN DOCUMENTS**

      Defendants Ardagh Group, S.A., Compagnie de Saint-Gobain, and Saint-Gobain

Containers, Inc. (collectively, "Defendants"), pursuant to Rules 5.2 and 7(b) of the Federal Rules

of Civil Procedure and Local Civil Rule 5.1(j), respectfully move the Court for an Order

directing the Clerk to file under seal, until further order, the following documents:

      1.      Defendants' Memorandum of Law in Opposition to the Federal Trade
             Commission's Motion for a Preliminary Injunction (the "Memorandum"); and

      2.      All exhibits accompanying the Memorandum.

      In this action, the Federal Trade Commission ("FTC") has filed a motion for a

preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, 15

U.S.C. § 53(b), to enjoin Defendant Ardagh Group, S.A.'s impending acquisition of Defendant

Saint-Gobain Containers, Inc. from Defendant Compagnie de Saint-Gobain.  The Memorandum

and accompanying exhibits contain confidential business information that Defendants and third

parties produced to the FTC during its investigation of the proposed acquisition and during fact

discovery in this action.  The Defendants and third parties produced this information to the FTC

in confidence and the material has thus far been protected from public disclosure during the

FTC's investigation by virtue of various statutory provisions and the Protective Order governing

this proceeding.  *See* 15 U.S.C. §§ 46(f), 57b-2(b), 57b-2(c); 16 C.F.R. § 4.10(d); 15 U.S.C. §

18a(h).

Consistent with these statutory provisions and this Court's Protective Order (ECF No. 9),

the appropriate course when filing documents containing confidential information is to (1) file

such documents under seal, and (2) notify affected producing third parties that documents

containing confidential information have been filed under seal.

In accordance with Local Civil Rule 7(m), Defendants have discussed this motion with

Plaintiff, who has indicated that Plaintiff will not oppose this motion.

A proposed order is attached.

Respectfully submitted,

SHEARMAN & STERLING LLP

By: _/s/ Wayne D. Collins_
Wayne D. Collins (D.C. Bar 430266)
Alan S. Goudiss (*pro hac vice*)
Richard F. Schwed (*pro hac vice*)
Heather L. Kafele (D.C. Bar 473584)
599 Lexington Avenue
New York, New York  10022
Tel:  (212) 848-4000
Email:  rschwed@shearman.com

*Counsel for Defendant Ardagh Group, S.A.*

CRAVATH, SWAINE & MOORE LLP

By: _/s/ Yonatan Even_

Christine A. Varney
Sandra C. Goldstein (*pro hac vice*)

Yonatan Even (*pro hac vice*)
825 Eighth Avenue
New York, New York  10019
Tel:  (212) 374-1000
Email:  rstark@cravath.com

*Counsel for Defendants Compagnie de Saint-Gobain and Saint-Gobain Containers, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's electronic filing system, this 18th day of September 2013, upon the following:

Edward D. Hassi
Chief Litigation Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-2470
Email: ehassi@ftc.gov

*Counsel for Plaintiff*

*/s/ Heather L. Kafele*
Attorney for Defendant Ardagh Group, S.A.