**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>      v.<br><br>ARDAGH GROUP, S.A.,<br>COMPAGNIE DE SAINT-GOBAIN, and<br>SAINT-GOBAIN CONTAINERS, INC.,<br><br>       Defendants. | Case No. 13-CV-1021 (BJR) |

**NOTICE OF FILING OF 'DEFENDANTS' TGF CEVGF 'MEMORANDUM OF LAW
IN OPPOSITION TO THE FEDERAL TRADE COMMISSION'S
<u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

  Defendants Ardagh Group, S.A., Compagnie de Saint-Gobain, and Saint-Gobain Containers, Inc. hereby provide notice of the filing of their Redacted Memorandum of Law in Opposition to the Federal Trade Commission's Motion for a Preliminary Injunction in the above-captioned matter.

1

Dated: September 20, 2013

    Respectfully submitted,

    SHEARMAN & STERLING LLP

    By: */s/ Wayne D. Collins*
    Wayne D. Collins (D.C. Bar 430266)
    Alan S. Goudiss (*pro hac vice*)
    Richard F. Schwed (*pro hac vice*)
    Heather L. Kafele (D.C. Bar 473584)
    599 Lexington Avenue
    New York, New York 10022
    Tel: (212) 848-4000
    Email: rschwed@shearman.com

    *Counsel for Defendant Ardagh Group, S.A.*

    CRAVATH, SWAINE & MOORE LLP

    By: */s/ Yonatan Even*
    Richard J. Stark
    Christine A. Varney (admission pending)
    Yonatan Even (*pro hac vice*)
    825 Eighth Avenue
    New York, New York 10019
    Tel: (212) 374-1000
    Email: rstark@cravath.com

    *Counsel for Defendants Compagnie de Saint-Gobain and Saint-Gobain Containers, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's electronic filing system, this 20th day of September 2013, upon the following:

        Edward D. Hassi
        Chief Litigation Counsel
        Federal Trade Commission
        Bureau of Competition
        600 Pennsylvania Ave., NW
        Washington, DC 20580
        Telephone: (202) 326-2470
        Email: ehassi@ftc.gov

      *Counsel for Plaintiff*

                                         */s/ Heather L. Kafele*
                                        Attorney for Defendant Ardagh Group, S.A.