**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>       Plaintiff,<br><br>     v.<br><br>ARDAGH GROUP, S.A.,<br>COMPAGNIE DE SAINT-GOBAIN, and<br>SAINT-GOBAIN CONTAINERS, INC.,<br><br>       Defendants. | Case No. 13-CV-1021 (BJR) |

**NOTICE OF FILING OF PLAINTIFF'S REDACTED REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

  Plaintiff Federal Trade Commission hereby provides notice of the filing of their Redacted Reply Memorandum of Law in Further Support of its Motion for Preliminary Injunction in the above-captioned matter.

2

Dated:  October 23, 2013                                        Respectfully submitted,

<div style="margin-left:50%">

/s/ Edward D. Hassi

Edward D. Hassi
Chief Litigation Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-2470
Facsimile: (202) 326-2884
Email: ehassi@ftc.gov

*Counsel for Plaintiff*

</div>